**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| LEONEL LOZANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18cv03050 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| . | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant The Lincoln National Life Insurance Company ("Lincoln") hereby removes the Petition filed by Plaintiff Leonel Lozano ("Plaintiff") in the County Court at Law No. 2, Tarrant County, Texas as follows:

## FACTUAL BACKGROUND

On October 3, 2018, Plaintiff filed a petition in an action entitled *Leonel Lozano v. The Lincoln National Life Insurance Company,* in the County Court at Law No. 2, Tarrant County, Texas; Case No. CC-18-05308-B (the "State Action"). Lincoln was served with process in the State Action on October 26, 2018, and this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b). Lincoln has not served any answer or responsive pleading to the Petition, nor made any appearance or argument before the State Court.

## GROUNDS FOR REMOVAL

This action is removed to this Court pursuant to 28 U.S.C. § 1331, as this action involves claims that relate to the laws of the United States, specifically, the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, et seq. ERISA applies to any "employee benefit plan" if the plan is established or maintained by an employer or employee organization

engaged in commerce or in any industry or activity affecting commerce. 29 U.S.C. § 1003. An "employee benefit plan" is defined as an employee welfare benefit plan or an employee pension benefit plan. 29 U.S.C. § 1002(3). A plan is a welfare benefit plan if it "was established or is maintained for the purpose of providing for its participants or their beneficiaries, through the purchase of insurance or otherwise, . . . benefits in the event of sickness, accident, disability, death or unemployment." 29 U.S.C. § 1002(1) (references to other types of employer-provided benefits qualifying as ERISA plans omitted) (emphasis added).

By the State Action, Plaintiff is seeking to recover disability benefits (along with other damages) from an ERISA disability benefits plan, in which he was a participant by virtue of his employment with Daisy Brand Inc.[1] This disability plan is an "employee welfare benefit plan" as that term is defined in 29 U.S.C. § 1002(1) of the Employee Retirement Income Security Act, as ("ERISA"). The benefits sought by Plaintiff in the State Action are sought from this ERISA plan. Therefore, this plan and an action for benefits under the plan is governed by ERISA. The Court's analysis of Plaintiff's causes of action will necessarily require interpretation of this ERISA plan. Because the preemptive force of ERISA is so powerful that it completely displaces any state law cause of action, Plaintiff's causes of action will be "recharacterized" as a federal claim under ERISA. Plaintiff's causes of action in the State Action are completely preempted by 29 U.S.C. § 1132(a)(1)(B). *Metropolitan Life Ins. Co. v. Massachusetts*, 471 U.S. 724 (1985); *Pilot Life Ins. Co. v. Dedeoux*, 481 U.S. 41 (1987); *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987). Accordingly, removal to this Court is also proper pursuant to 28 U.S.C. § 1441(a) as it is under the original jurisdiction of the Court pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

---

[1] "This was a group policy purchased by and coverage provided by Daisy Brand Inc." Petition at first paragraph under IV. Statement of Facts.

True and correct copies of Plaintiff's Original Petition, any other pleadings or orders on file in this action, and all process and pleadings in the State Action, including the docket sheet, are attached hereto as Exhibits A and B.

Concurrent with the filing of this Notice of Removal, Defendant has filed a Notice of Filing Notice of Removal with the Court in the State Action (Exhibit "C").

The following is a list of counsel of record:

Iwana Rademaekers
State Bar of Texas No. 16452560
Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
PH: (214) 579-9319
FX: (469) 444-6456
Email: iwana@rademaekerslaw.com

***Counsel for Defendant Liberty Life Assurance Company of Boston***

Lawrence L. Mealer
State Bar of Texas No. 13886600
The Regal Building
1720 Regal Row, Suite 200
Dallas, Texas 75235
PH: (214) 634-0771
FX: (214) 634-0465
Email: llmealer@sbcglobal.net

***Counsel for Plaintiff Leonel Lozano***

Dated this 16th day of November 2018.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Pleading was served via electronic mail and by US Priority Mail, delivery confirmation requested, on the 16th day of November 2018 to the following Party:

***Counsel for Plaintiff Leonel Lozano***
Lawrence L. Mealer
The Regal Building
1720 Regal Row, Suite 200
Dallas, Texas 75235
Email: llmealer@sbcglobal.net

/ s/ Iwana Rademaekers
Iwana Rademaekers

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| LEONEL LOZANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18cv03050 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| . | § | |
| | § | |
| | § | |
| Defendant. | § | |

**<u>DEFENDANT'S INDEX OF DOCUMENTS FOR REMOVAL</u>**

Exhibit A Documents served or filed in the state court action:

- Plaintiff's Petition
- Civil Case Information Sheet
- Citation Issued October 5, 2018
- Clerk's October 11, 2018, Letter to Plaintiff's Counsel
- Return of Service filed October 30, 2018

Exhibit B State Court Case Information Sheet

Exhibit C State Court Notice of Filing Notice of Removal of Petition to Federal Court