# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| **Court** | **Case Number** |
|---|---|
| County Court at Law No. 2, Tarrant County, Texas | CC-18-05308-B |

2. **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| **Party and Party Type** | **Attorney(s)** |
|---|---|
| LEONEL LOZANO, Plaintiff | Lawrence L. Mealer, State Bar of Texas No. 13886600 |
| | The Regal Building, 1720 Regal Row, Suite 200 |
| | Dallas, Texas 75235; PH: (214) 634-0771 |
| THE LINCOLN NATIONAL LIFE INSURANCE | Iwana Rademaekers, State Bar of Texas No. 16452560 |
| COMPANY, Defendant | Law Offices of Iwana Rademaekers, PC, 14785 Preston |

Road, Suite 550, Dallas, TX 75254, PH: (214) 579-9319

3. **Jury Demand:**

Was a Jury Demand made in State Court? ☑ Yes ☐ No

If "*Yes,*" by which party and on what date?

Plaintiff
Party

10/03/2018
Date

4. **Answer:**

Was an Answer made in State Court? ☐ Yes ☑ No

If "*Yes*," by which party and on what date?

_______________________________ _______________________
Party Date

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| **Party** | **Reason(s) for No Service** |
|---|---|
| N/A | |
| | |
| | |
| | |
| | |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| **Party** | **Reason** |
|---|---|
| N/A | |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| **Party** | **Claim(s)** |
|---|---|
| Plaintiff | Breach of Contract |
| Defendant | None at this time |