FILED
10/3/2018 4:13 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

**CAUSE NO. CC-18-05308-B**

| | | |
|---|---|---|
| **LEONEL LOZANO** | § | **IN THE COUNTY COURT** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **AT LAW NO. ____** |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | § | |
| *Defendant.* | § | **DALLAS COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, LEONEL LOZANO, (hereinafter referred to as "Plaintiff"), and files this, his Original Petition and Request for Disclosure, complaining of THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (hereinafter referred to as "Defendant"), and for cause of action will respectfully show this honorable Court as follows:

### I.
### DISCOVERY

Pursuant to Rule 190.1 of the Texas Rules of Civil Procedure, Plaintiff states that discovery in this cause is intended to be conducted under level II of said rule.

### II.
### JURISDICTION AND VENUE

Venue is proper in this court in that the Plaintiff's cause of action arose, in whole or in part, in Dallas County, Texas.

Jurisdiction is proper in this court in that the damages suffered by the Plaintiff is an amount above the jurisdictional minimum of this court.

### III.

Plaintiff is an individual resident of Dallas County, Texas.

Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, is an insurance company authorized to do business in the State of Texas and may be served with

EXHIBIT
A

process by service upon its designated agent for service: Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701.

## IV.

## STATEMENT OF FACTS

On or about June 16, 2015, Plaintiff, LEONEL LOZANO, was severely injured in a slip and fall which resulted in the rupture and subsequent surgery upon both rotator cuffs on both shoulders. At the time of his injury, Plaintiff was employed by Daisy Brand Inc. and was covered by a disability company written by Defendant, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, policy number 0086005910900000. This was a group policy purchased by and coverage provided by Daisy Brand Inc.

As a result of his severe and permanent injury, Plaintiff underwent two surgeries to repair his rotator cuffs which were both completely severed. Sometime after the injury, Plaintiff applied for long-term disability benefits under the above-reference policy.

Subsequently, Plaintiff received disability benefits from on or about September 14, 2015 to September 14, 2017. At that time, the Defendant found that the Plaintiff met the definition of "total disability" that was defined in the policy and applied during this period.

However, disability benefits were terminated as of September 14, 2017. The benefits were terminated because the Defendant made a determination that Plaintiff was not "totally disabled" as defined in the policy.

Plaintiff will allege and show that he is totally disabled and cannot work in any capacity, including any employment of a sedentary nature. This allegation was confirmed by his treating physician and a letter to that affect is attached hereto and incorporated herein as if set forth here at length. Yet the Defendant has taken the position that although Plaintiff is in a state of constant pain, he should work through the excruciating pain that he suffers on a day by day basis.

Therefore, Plaintiff alleges that the Defendant has breached its agreement under the above-referenced policy and has failed to make payment from September 14, 2017 until the date of this filing and will continue to fail to make such payments into an indefinite time in the future. Therefore, Plaintiff sues for his full disability payments from September 14, 2017 until the filing of this petition and for the continuation of his total disability payments so long as he is totally disabled.

## V.

## ATTORNEY'S FEES

Plaintiff further sues for reasonable and necessary attorney's fees as authorized by the group policy itself as well as under Section 38.001 of the Texas Civil Practice and Remedy Code.

## VI.

## REQUEST FOR DISCLOSURE

Under the authority of Texas Rules of Civil Procedure 194, Plaintiff requests that Defendant disclose, within fifty (50) days of the service, the information and material described in Rule 194.2. In addition, please disclose all documents, electronic information and tangible items that you have in your possession, custody or control that may support your claims or defenses.

## VII.

## RULE 193.7 NOTICE

Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice to Defendant that any and all documents produced by Defendant may be used against the Defendant in any pre-trial proceedings and/or at the time of trial of this case without the necessity of authenticating the documents.

## VIII.

## RULE 47 STATEMENT OF RELIEF SOUGHT

Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff states that he seeks monetary relief under $100,000 but expressly reserves the right to amend this statement if discovery reflects the necessity for such amendment.

## IX.

Plaintiff hereby demands a jury trial in connection with this matter pursuant to Rule 216 of the Texas Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that the Defendant be cited to appear and answer herein and upon final hearing Plaintiff have judgment for his actual damages, all costs of this action, pre-judgment interests as authorized by law and post-judgment interests from the date of judgment until paid and for such other and further relief, general or special, at law or equity, to which the Plaintiff may show himself to be justly entitled.

Respectfully Submitted,

LAWRENCE L. MEALER
State Bar No. 13886600
The Regal Building
1720 Regal Row, Suite 200,
Dallas, Texas 75235
Tel: (214) 634-0771
Fax: (214) 634-0465
E-Mail: llmealer@sbcglobal.net
**ATTORNEY FOR PLAINTIFF**

**LEGACY ORTHOPEDICS & SPORTS MEDICINE**

Jeffrey Lue, MD
*Board Certified Orthopedic Surgeon*

Chris Miller, MD
*Board Certified Orthopedic Surgeon*

T| 469-322-1400 F| 469-322-1401

To whom it may concern,

Patient Leonel Lozano is disabled. He had bilateral shoulder surgery preventing him from lifting his arms over his shoulders and is not able to do sit down work due to the shoulder pain.

If you have any questions concerning this matter feel free to reach our office at the number provided above.

Respectfully,

Dr. Jeffrey Lue
Board Certified Orthopedic Surgeon

FILED
10/10/2018 9:35 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: CC-18-05308-B COURT *(FOR CLERK USE ONLY)*: ______

STYLED LEONEL LOZANO vs LINCOLN NATIONAL LIFE INSURANCE CO.
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

**1. Contact information for person completing case information sheet:**

Name: LAWRENCE L. MEALER
Email: llmealer@sbcglobal.net
Address: 1720 REGAL ROW STE 200
Telephone: 214-634-0771
City/State/Zip: DALLAS, TX 75235
Fax: 214-634-0465
Signature: [signature]
State Bar No: 1388660

**Names of parties in case:**

Plaintiff(s)/Petitioner(s): LEONEL LOZANO

Defendant(s)/Respondent(s): LINCOLN NATIONAL LIFE INSURANCE COMPANY

[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**

☒ Attorney for Plaintiff/Petitioner
☐ *Pro Se* Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other: ______

Additional Parties in Child Support Case:

Custodial Parent: ______

Non-Custodial Parent: ______

Presumed Father: ______

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

## *Civil*

**Contract**

*Debt/Contract*
☐ Consumer/DTPA
☐ Debt/Contract
☐ Fraud/Misrepresentation
☐ Other Debt/Contract: ______

*Foreclosure*
☐ Home Equity—Expedited
☐ Other Foreclosure
☐ Franchise
☒ Insurance
☐ Landlord/Tenant
☐ Non-Competition
☐ Partnership
☐ Other Contract: ______

**Injury or Damage**

☐ Assault/Battery
☐ Construction
☐ Defamation

*Malpractice*
☐ Accounting
☐ Legal
☐ Medical
☐ Other Professional Liability: ______

☐ Motor Vehicle Accident
☐ Premises

*Product Liability*
☐ Asbestos/Silica
☐ Other Product Liability List Product: ______

☐ Other Injury or Damage: ______

**Real Property**

☐ Eminent Domain/ Condemnation
☐ Partition
☐ Quiet Title
☐ Trespass to Try Title
☐ Other Property: ______

**Related to Criminal Matters**

☐ Expunction
☐ Judgment Nisi
☐ Non-Disclosure
☐ Seizure/Forfeiture
☐ Writ of Habeas Corpus—Pre-indictment
☐ Other: ______

**Employment**

☐ Discrimination
☐ Retaliation
☐ Termination
☐ Workers' Compensation
☐ Other Employment: ______

**Other Civil**

☐ Administrative Appeal
☐ Antitrust/Unfair Competition
☐ Code Violations
☐ Foreign Judgment
☐ Intellectual Property
☐ Lawyer Discipline
☐ Perpetuate Testimony
☐ Securities/Stock
☐ Tortious Interference
☐ Other: ______

## *Family Law*

**Marriage Relationship**

☐ Annulment
☐ Declare Marriage Void

*Divorce*
☐ With Children
☐ No Children

**Post-judgment Actions (non-Title IV-D)**

☐ Enforcement
☐ Modification—Custody
☐ Modification—Other

**Title IV-D**

☐ Enforcement/Modification
☐ Paternity
☐ Reciprocals (UIFSA)
☐ Support Order

**Other Family Law**

☐ Enforce Foreign Judgment
☐ Habeas Corpus
☐ Name Change
☐ Protective Order
☐ Removal of Disabilities of Minority
☐ Other: ______

**Parent-Child Relationship**

☐ Adoption/Adoption with Termination
☐ Child Protection
☐ Child Support
☐ Custody or Visitation
☐ Gestational Parenting
☐ Grandparent Access
☐ Parentage/Paternity
☐ Termination of Parental Rights
☐ Other Parent-Child: ______

**Tax**

☐ Tax Appraisal
☐ Tax Delinquency
☐ Other Tax

## *Probate & Mental Health*

*Probate/Wills/Intestate Administration*
☐ Dependent Administration
☐ Independent Administration
☐ Other Estate Proceedings

☐ Guardianship—Adult
☐ Guardianship—Minor
☐ Mental Health
☐ Other: ______

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

☐ Appeal from Municipal or Justice Court
☐ Arbitration-related
☐ Attachment
☐ Bill of Review
☐ Certiorari
☐ Class Action
☐ Declaratory Judgment
☐ Garnishment
☐ Interpleader
☐ License
☐ Mandamus
☐ Post-judgment
☐ Prejudgment Remedy
☐ Protective Order
☐ Receiver
☐ Sequestration
☐ Temporary Restraining Order/Injunction
☐ Turnover

**4. Indicate damages sought *(do not select if it is a family law case)*:**

☒ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

# THE STATE OF TEXAS
# CITATION

CAUSE NO. **CC-18-05308-B**
COUNTY COURT AT LAW NO. 2
Dallas County, Texas

**TO:**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
**AGENT FOR SERVICE:**
**CORPORATION SERVICE COMPANY**
**211 EAST 7TH STREET**
**AUSTIN, TX 78701**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**LEONEL LOZANO**
***Plaintiff(s)***

**VS.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
***Defendant(s)***

Filed in said Court on the 3rd day of October, 2018a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 5th day of October, 2018 A.D.

JOHN F. WARREN, Dallas County Clerk

By____________________, Deputy
Momodou Bayo

COUNTY COURT OF DALLAS COUNTY, TEXAS

CC - 18 - 05308 - B
CICI
ISSUE CITATION
1946205

**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE**

**CC-18-05308-B**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

LEONEL LOZANO, ***Plaintiff(s)***

**VS.**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, ***Defendant(s)***

**SERVE:**
**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
**AGENT FOR SERVICE:**
**CORPORATION SERVICE COMPANY**
**211 EAST 7TH STREET**
**AUSTIN TX 78701**

**ISSUED THIS**
**5TH DAY OF OCTOBER, 2018**

JOHN F. WARREN, COUNTY CLERK
BY: MOMODOU BAYO, DEPUTY

Attorney for Plaintiff
LAWRENCE L MEALER
1720 REGAL ROW, SUITE 200
DALLAS, TX 75235
214-634-0771

**NO OFFICER'S FEES HAVE BEEN COLLECTED BY DALLAS COUNTY CLERK**

# OFFICER'S RETURN

CC-18-05308-B County Court at Law No. 2

LEONEL LOZANO vs. THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

**ADDRESS FOR SERVICE:**
AGENT FOR SERVICE:
CORPORATION SERVICE COMPANY
211 EAST 7TH STREET
AUSTIN TX 78701

**Fees:**
Came to hand on the _____day of ______________, 20________, at _____o'clock _____.m., and executed in ____________ County, Texas by delivering to THE LINCOLN NATIONAL LIFE INSURANCE COMPANY in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE with the date and service at the following times and places to-wit:

**Name** **Date/Time** **Place, Course and Distance from Courthouse**

________________________________________

________________________________________

And not executed as to the defendant(s), ________________________________________

The diligence used in finding said defendant(s) being:

________________________________________

and the cause or failure to execute this process is:

________________________________________

and the information received as to the whereabouts of said defendant(s) being:

________________________________________

Serving Petition and Copy $__________ ______________________________, Officer

Total $__________ ______________________________, County, Texas

By: ______________________________, Deputy

______________________________, Affiant

JUDGE MELISSA J. BELLAN
COUNTY COURT AT LAW NO. 2
GEORGE L. ALLEN SR. COURTS BUILDING
600 COMMERCE STREET, SUITE 555
DALLAS, TEXAS 75202
214-653-7365

October 11, 2018

LAWRENCE L MEALER
1720 REGAL ROW SUITE 200
DALLAS TX 75235

Re: Cause No. CC-18-05308-B

LEONEL LOZANO vs. THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

**NOTICE PURSUANT TO TRCP 165a**

Pursuant to Rule 165a of the Texas Rules of Civil Procedure, the above case is set for dismissal on **01/04/2019 at 9:00 a.m.**

**If an answer has not been filed by the requisite appearance date, it will be expected that you will have moved for a default judgment seven (7) days before the above-referenced dismissal date**. Your failure to do so may result in dismissal of the case.

If you are unable to obtain service of process by the above-referenced dismissal date, you must notify the court and request an extension.

If an answer has been filed, a trial date will be set and you will be notified of same.

If you have any questions regarding this notice, contact the court coordinator at the number listed above.

Sincerely,

Judge Presiding

FILED
10/30/2018 4:45 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# THE STATE OF TEXAS
# CITATION

CAUSE NO. CC-18-05308-B
COUNTY COURT AT LAW NO. 2
Dallas County, Texas

**TO:**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
**AGENT FOR SERVICE:**
**CORPORATION SERVICE COMPANY**
**211 EAST 7TH STREET**
**AUSTIN, TX 78701**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, a default judgment may be taken against you." Your answer should be addressed to the clerk of County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**LEONEL LOZANO**
***Plaintiff(s)***

**VS.**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
***Defendant(s)***

Filed in said Court on the 3rd day of October, 2018a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 5th day of October, 2018 A.D.

JOHN F. WARREN, Dallas County Clerk

By____________________, Deputy
Momodou Bayo

COUNTY COURT OF DALLAS COUNTY, TEXAS

**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE**
**CC-18-05308-B**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

LEONEL LOZANO, ***Plaintiff(s)***

**VS.**

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, ***Defendant(s)***

**SERVE:**
**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**
**AGENT FOR SERVICE:**
**CORPORATION SERVICE COMPANY**
**211 EAST 7TH STREET**
**AUSTIN TX 78701**

**ISSUED THIS**
**5TH DAY OF OCTOBER, 2018**

JOHN F. WARREN, COUNTY CLERK
BY: MOMODOU BAYO, DEPUTY

Attorney for Plaintiff
LAWRENCE L MEALER
1720 REGAL ROW, SUITE 200
DALLAS, TX 75235
214-634-0771

NO OFFICER'S FEES HAVE BEEN COLLECTED BY DALLAS COUNTY CLERK

# OFFICER'S RETURN

CC-18-05308-B County Court at Law No. 2

LEONEL LOZANO vs. THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

**ADDRESS FOR SERVICE:**
AGENT FOR SERVICE:
CORPORATION SERVICE COMPANY
211 EAST 7TH STREET
AUSTIN TX 78701

**Fees:**
Came to hand on the 26th day of October, 2018, at 10:00 o'clock A.m., and executed in ____________ County, Texas by delivering to THE LINCOLN NATIONAL LIFE INSURANCE COMPANY in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
| --- | --- | --- |
| | | |
| | | |

And not executed as to the defendant(s), ____________________

The diligence used in finding said defendant(s) being:

RETURN / AFFIDAVIT
PROOF - ATTACHED

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Serving Petition and Copy $________ ____________________, Officer

Total $________ ____________________, County, Texas

By: ____________________, Deputy

____________________, Affiant

# AFFIDAVIT OF SERVICE

**State of Texas** **County of Dallas** **County Court at Law No. 2 Court**

Case Number: CC-18-05308-B

Plaintiff:
LEONEL LOZANO

vs.

Defendant:
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Received these papers on the 26th day of October, 2018 at 10:00 am to be served on **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY care of its Registered Agent, CORPORATION SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Jeff Keyton, being duly sworn, depose and say that on the **26th day of October, 2018 at 12:26 pm, I:**

delivered to **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** a true copy of this **Citation together with Plaintiff's Original Petition and Request for Disclosure**, by delivering to its Registered Agent, **CORPORATION SERVICE COMPANY**, by and through its designated agent, **VANESSA HERNANDEZ**, at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701,** having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 26th day of October, 2018 by the affiant who is personally known to me.

Helen Lupercio
NOTARY PUBLIC

HELEN LUPERCIO
Notary Public, State of Texas
Comm. Expires 11-04-2019
Notary ID 130429927

Jeff Keyton
PSC-735, Exp 7/31/2020

Our Job Serial Number: THP-2018002577
Ref: 297-0401

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0h