## Case Information

CC-18-05308-B | LEONEL LOZANO vs. THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

| Case Number | Court | Judicial Officer |
| --- | --- | --- |
| CC-18-05308-B | County Court at Law No. 2 | BELLAN, MELISSA |
| **File Date** | **Case Type** | **Case Status** |
| 10/03/2018 | DEBT/CONTRACT | OPEN |

## Party

PLAINTIFF
LOZANO, LEONEL

Active Attorneys
Lead Attorney
MEALER, LAWRENCE L
Retained

Work Phone
214-634-0771

Fax Phone
214-634-0465

DEFENDANT
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

Address
AGENT FOR SERVICE: CORPORATION SERVICE COMPANY
211 EAST 7TH STREET
AUSTIN TX 78701

EXHIBIT

B

## Events and Hearings

10/03/2018 NEW CASE FILED (OCA)

10/03/2018 ORIGINAL PETITION

PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

Comment
PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

10/03/2018 ISSUE CITATION

ISSUE CITATION

Comment
MAIL BACK TO ATTORNEY

10/05/2018 CITATION (SERVICE)

Anticipated Server
ATTORNEY

Anticipated Method
Comment
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

10/10/2018 CIVIL CASE INFORMATION SHEET

CIVIL CASE INFORMATION SHEET

10/30/2018 RETURN OF SERVICE

RETURNED OF SERVICE

Comment
SERVED THE LINCOLN NAT'L IFE INS CO.

01/04/2019 DISMISSAL HEARING

1ccl#2 Y Letter

Judicial Officer
BELLAN, MELISSA

Hearing Time
9:00 AM

## Financial

LOZANO, LEONEL

| | |
|---|---|
| Total Financial Assessment | $286.00 |
| Total Payments and Credits | $286.00 |

| | | | | |
|---|---|---|---|---|
| 10/3/2018 | Transaction Assessment | | | $286.00 |
| 10/3/2018 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2018-12578 | LOZANO, LEONEL | ($286.00) |

## Documents

PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

ISSUE CITATION

CIVIL CASE INFORMATION SHEET

1ccl#2 Y Letter

RETURNED OF SERVICE