CAUSE NO. CC-18-05308-B

| | | |
|---|---|---|
| LEONEL LOZANO | § | IN THE COUNTY COURT |
| | § | |
| Plaintiff, | § | |
| | § | AT LAW NO. 2 |
| VS. | § | |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | DALLAS COUNTY, TEXAS |
| | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT**

Pursuant to Title 28 of the United States Code, Section 1446(d), Defendant The Lincoln National Life Insurance Company, hereby gives notice of the filing of a Notice of Removal, removing this action from this Court to the United States District Court for the Northern District of Texas. A copy of Defendant's Notice of Removal, filed this day in federal court, is attached hereto as Exhibit "A."

No further action need be taken by this Court, other than forwarding a complete copy of the record of this action to the United States District Court, unless and until this action is remanded to this Court. *See* 28 U.S.C. § 1446(d).

Respectfully submitted this 16th day of November 2018.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
PH: (214) 579-9319
FX: (469) 444-6456

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

EXHIBIT

**C**

**CERTIFICATE OF SERVICE**

This is to certify that the above and foregoing **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** was served via electronic mail and a copy was forwarded by US Priority Mail, delivery confirmation requested, on the 16th day of November 2018 to the following counsel of record:

***Counsel for Plaintiff Leonel Lozano***
Lawrence L. Mealer
The Regal Building
1720 Regal Row, Suite 200
Dallas, Texas 75235
Email: llmealer@sbcglobal.net

_/s/ Iwana Rademaekers________________________
Iwana Rademaekers