**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| LEONEL LOZANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18cv03050 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| . | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S ORIGINAL PETITION**

Pursuant to Rules 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure, Defendant, The Lincoln National Life Insurance Company ("Defendant") files this Motion to Dismiss Plaintiff's Original Petition.

## I.
## GROUNDS FOR MOTION

In the Plaintiff's Original Petition (hereafter, "Petition"), Plaintiff seeks recovery of disability benefits and also asserts a cause of action of breach of contract.[1] This cause of action is preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq., as amended ("ERISA"), as a matter of law. Accordingly, the allegations pled in the Petition in support of Plaintiff's claims, even if taken as true,[2] are insufficient to support the relief requested. Plaintiff also seeks a trial by jury,[3] which is not available under ERISA. Moreover, based on the face of the Petition, Plaintiff has failed to exhaust required administrative remedies

---

1 See Petition, at p. 4 unnumbered paragraphs in section IV.
2 For the purposes of the Motion to Dismiss, the Court must assume the facts alleged by Plaintiff in the Petition to be true. However, Defendant does not admit the truthfulness or accuracy of any factual allegation contained in the Petition by filing this Motion and Brief or by any statement contained therein.
3 Petition at ¶ IX.

that are a condition precedent to the claim against Defendant. This motion is supported by the Defendant's Brief in Support of Its Motion to Dismiss Plaintiff's Original Petition and exhibits thereto.

## II.
## REQUEST FOR RELIEF

Defendant requests the Court dismiss Plaintiff's Original Petition against it with prejudice, award Defendant its attorneys' fees and costs pursuant to ERISA § 502(g), 29 U.S.C. § 1132(g); grant Defendant any other relief to which it shows itself justly entitled. Should the Court not dismiss Plaintiff's claims against Defendant in their entirety, Defendant requests the Court dismiss with prejudice and/or strike Plaintiff's request for a jury trial; the Court award Defendant's attorneys' fees and costs pursuant to ERISA § 502(g), 29 U.S.C. § 1132(g); and the Court grant Defendant any other relief to which it shows itself justly entitled.

Dated this 23rd day of November 2018.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Lawrence L. Mealer
Email: llmealer@sbcglobal.net

November 23, 2018
Date

/s/ Iwana Rademaekers
Iwana Rademaekers