IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEONEL LOZANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-3050-N |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Local Rules of this Court ("LR"), and the Civil Justice Expense and Delay Reduction Plan (the "Plan") for the Northern District of Texas, the Court ORDERS as follows:

On or before June 21, 2019, the parties are to mediate. The the parties may eliminate this requirement by agreement; the parties should advise the court if they are unable to agree on a mediator; all parties must attend the mediation in person; legal entities must provide a representative with full authority; if there is insurance per Rule 26(a)(1)(D), a representative with full authority must attend in person; the parties and mediator may by agreement waive the requirement of attending in person.

Defendant shall file a motion for summary judgment by April 22, 2019. Plaintiff shall respond to the motion and file a cross-motion for summary judgment by May 20, 2019. 2019. Defendant shall reply to the response and respond to the cross-motion for summary

judgment by June 21, 2019, and plaintiff shall file a reply to the cross-motion for summary judgment by July 22, 2019.

If Plaintiff desires discovery outside the administrative record and defendant does not agree to such discovery, the plaintiff shall file a motion for discovery within thirty (30) days of the date of this order.

Signed January 4, 2019.

David C. Godbey
United States District Judge