**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| LEONEL LOZANO,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br>.<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:18cv03050 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Leonel Lozano and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Respectfully submitted this 16th day of April 2019.

By /s/ *Lawrence L. Mealer*
Lawrence L. Mealer
Email: llmealer@sbcglobal.net
State Bar of Texas No. 13886600
The Regal Building
1720 Regal Row, Suite 200
Dallas, Texas 75235
PH: (214) 634-0771
FX: (214) 634-0465

ATTORNEYS FOR PLAINTIFF

**- AND -**

By /s/Iwana Rademaekers
Iwana Rademaekers
Email: iwana@rademaekerslaw.com
State Bar No. 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Tel: (214) 579-9319
Fax: (469) 444-6456

ATTORNEYS FOR DEFENDANT